# United States Court of Appeals
## For the First Circuit

Nos. 06-1283
     07-1001

UNITED STATES OF AMERICA,

Appellee,

v.

DAVID MORALES-MACHUCA,
QUESTER STERLING-SUÁREZ,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on October 17, 2008, is corrected as follows:

On p. 25, lines 4-11:  Delete sentence beginning with "A sentence" and ending with "original)." and substitute with:

"We review sentences for reasonableness regardless of whether they fall inside or outside the applicable Guideline sentencing range.  United States v. Jiménez-Beltre, 440 F.3d 514, 519 (1st Cir. 2006) (en banc).  Nevertheless, "a defendant who attempts to brand a within-the-range sentence as unreasonable must carry a heavy burden."  United States v. Van Anh, 523 F.3d 43, 59 (1st Cir. 2008) (citing United States v. Pelletier, 469 F.3d 194, 204 (1st Cir. 2006))."